# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-41001

JAMES A. HOPSON,

    Plaintiff - Appellant

v.

TDCJ-CID; NATHAN QUARTERMAN; JOHN RUPERT; PAM KIRKPATRICK,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 6:09-CV-506

Before JOLLY, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this Religious Freedom Restoration Act case, the district court dismissed four defendants, but left two defendants in the case. The plaintiff filed a notice of appeal from that order.

    We have jurisdiction over appeals from final decisions of the district courts. 28 U.S.C. § 1291. Where an action involves multiple parties or claims, as in this case, an order dismissing some of the claims or defendants is final only if the district court has made an express determination that

10-41001

there is no just reason for delay and an express direction for the entry of judgment. *See* FED. R. CIV. P. 54(b). Here, the district court dismissed four of the defendants but left the claims against the remaining defendants pending. It did not enter the certification required by Rule 54(b). Thus, the notice of appeal filed before all claims and all parties were disposed of is premature. We are without jurisdiction over this appeal and it must be dismissed. *See Borne v. A&P Boat Rentals No. 4, Inc.*, 755 F.2d 1131, 1133 (5th Cir. 1985).

    IT IS SO ORDERED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 09, 2010

Mr. David Maland  
U.S. District Court, Eastern District of Texas  
211 W. Ferguson Street  
Tyler, TX 75702

    No. 10-41001, James Hopson v. TDCJ-CID, et al  
                USDC No. 6:09-CV-506

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: /s/ James deMontluzin  
                James deMontluzin, Deputy Clerk  
                504-310-7679

cc w/encl: Mr. James A. Hopson

*Mandate Issued - MDT-1*