IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMES HOPSON | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 6:09-CV-00506 |
| | § | |
| TDCJ-CID, ET AL., | § | |
| *Defendants.* | § | |

DEFENDANTS PIERCE AND LOWRY'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT B

# Affidavit of Robert Eason

## AFFIDAVIT OF ROBERT EASON

THE STATE OF TEXAS § 
§ 
ANDERSON COUNTY § 

**BEFORE ME**, the undersigned authority, on this day personally appeared Robert Eason and after being first duly sworn according to law, upon his oath, deposed and said:

"My name is Robert Eason. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts as stated herein.

"I have been employed by the Texas Department of Criminal Justice (TDCJ) for nearly 24 years, and have held the positions of Correctional Officer, Sergeant, Lieutenant, Captain, Major, Assistant Warden and Senior Warden. I have a bachelor's degree in Criminal Justice Administration from Columbia Southern University, which I received in 2005. I am currently employed by TDCJ as Region II Director. In that position, I manage the incarceration of approximately 23,537 convicted felons in 13 prison units.

"I have been advised that Plaintiff Hopson wants to have Native American meetings, with or without a volunteer or security present. This would prove problematic. TDCJ does not have the staff, space and time to comply with every request for meetings and classes requested by members of the more than 204 different faith groups represented in the offender population. To comply with all these requests, it would overtax the scarce resources of TDCJ. As a state agency, prison units are staffed to meet all primary and appropriate levels of supervision, and are not staffed to manage large numbers of indeterminate meetings, monitor large numbers of devotional items, provide special diets, and grant special privileges for religious reasons. TDCJ personnel are always concerned about security issues in offender meetings of any type. One of the basic premises of security is that there must be the unimpaired, unannounced ability of security staff to view inmates at all times. Experience has shown that meetings are used by offenders to organize gangs, pass information, make plans, and otherwise engage in illegal activities. Thus, it is always necessary for security personnel, employees or qualified volunteers to monitor group activities, whether they be vocational, educational, recreational, or religious.

"Further affiant sayeth not."

_____
Robert Eason, Region II Director

**SWORN TO AND SUBSCRIBED** before me, on this 1ST day of March, 2011, to certify which witness my hand and seal of office.

_____
Notary Public In and For the State of Texas

Rickey Elledge
Printed Name

RICKEY LYNN ELLEDGE
Notary Public, State of Texas
My Commission Expires
August 08, 2011
NOTARY WITHOUT BOND